UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-463-FDW

| | |
|---|---|
| CLAUDIA RUTZ, et al., )<br>)<br>Petitioners, )<br>)<br>vs. )<br>)<br>MAUREEN ATTA, et al., )<br>)<br>Respondents. )<br>) | ORDER |

**THIS MATTER** is before the Court sua sponte.

Several pro se "Claimants" including Claudia Rutz, Barbara Stone, and "We the People," have delivered a "NOTICE, CRIMINAL & CIVIL CLAIMS AND WRIT FOR MURDER-FOR-HIRE BY JUDICIAL IMPOSTERS" to this Court. It has been opened as a new civil case.

The case cannot be reviewed for frivolity until several serious deficiencies are corrected. Specifically, the filing is not signed by each Claimant;[1] each Claimant must provide his or her physical mailing address rather than an email address/facsimile number;[2] and the Claimants have not paid the $405 filing fee or moved to proceed in forma pauperis.[3]

---

[1] Only attorneys may provide typewritten signatures. See WDNC Administrative Procedures Governing Filing and Service by Electronic Means § II(C)(1)-(2) (rev. Dec. 1, 2022).

[2] No mailing address exists on the face of the "NOTICE…" or elsewhere in the filing before the Court. The Court imposes no burden on the Clerk of Court to serve these parties other than by the docketing of the instant Order. See generally Pliler v. Ford, 542 U.S. 225, 231 (2004) ("District judges have no obligation to act as counsel or paralegal to pro se litigants."); WDNC Administrative Procedures Governing Filing and Service by Electronic Means § 1(D)(1) (rev. Dec. 1, 2022) (parties proceeding pro se may request, in writing, to receive notice of electronic filings via email). The Clerk will be instructed to remove the Claimants' email addresses from CM-ECF, as they have not sought or been granted leave to receive electronic notice of filings in this case pursuant to the Court's Administrative Rules.

[3] IFP application forms are available on the Court's website. See https://www.ncwd.uscourts.gov/filing-without-attorney.

The Claimants are directed to correct these deficiencies within **twenty-eight (28) days** of this Order. Should they fail to timely comply, the relevant Claimants, or the entire action, will be dismissed without prejudice and without further notice.

**The Claimants are cautioned that it is improper for pro se parties to file documents with the Court electronically.[4] Any future communications or documents that are transmitted to the Court by electronic means will be disregarded and may result in the imposition of sanctions.**

**IT IS, THEREFORE, ORDERED** the Claimants are instructed to correct the deficiencies that are identified in this Order within **twenty-eight (28) days**. Should the Claimants fail to comply, the relevant Claimants, or the entire action, will be dismissed without prejudice.

The Clerk is respectfully instructed to remove the Claimants' email addresses from CM-ECF pursuant to the Court's Administrative Procedures Governing Filing and Service by Electronic Means.

**IT IS SO ORDERED.**

Signed: May 10, 2024

Frank D. Whitney
United States District Judge

---

[4] See WDNC Administrative Procedures Governing Filing and Service by Electronic Means § 1(A)(1) (rev. Dec. 1, 2022).