UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-463-FDW-DCK

| | |
|---|---|
| CLAUDIA RUTZ, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| MAUREEN ATTA, et al., ) | ORDER |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court sua sponte.

Several pro se "Claimants" including Claudia Rutz, Barbara Stone, and "We the People," have delivered a "NOTICE, CRIMINAL & CIVIL CLAIMS AND WRIT FOR MURDER-FOR-HIRE BY JUDICIAL IMPOSTERS" to this Court. It has been opened as a new civil case.

On May 10, 2024, the Court entered an Order requiring the Claimants to correct several serious deficiencies, within 28 days, so that the matter could be reviewed for frivolity. [Doc. 2]. The Claimants were cautioned that, "[s]hould the Claimants fail to comply, the relevant Claimants, or the entire action, will be dismissed without prejudice." [Id. at 2].

The Claimants have not complied with the May 10 Order and the time to do so has expired. The Claimants appear to have abandoned this action and the Court is unable to proceed. This case will therefore be dismissed without prejudice. See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."); Link v. Wabash R.R. Co., 370 U.S. 626, 630-33 (1962) (although Rule 41(b) does not expressly provide for sua sponte dismissal, Rule 41(b) does not imply any

such restriction and a court has the inherent power to dismiss a case for lack of prosecution or violation of a court order).

**The Claimants are admonished to familiarize themselves with all applicable procedural rules including the Federal Rules of Civil Procedure and this Court's Local Rules before making any further filings in this Court. The failure to do so may result in the imposition of sanctions including a prefiling injunction.**

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Signed: June 21, 2024

Frank D. Whitney
United States District Judge